notes. Defendant appealed. Pursuant to a written stipulation of the parties, the case was dismissed. No opinion.

DISMISSED.

Decided March 24, 1898.
## HANTHORN *v.* KINNEY.

From Clatsop: T. A. McBRIDE, Judge.

Action by J. O. Hanthorn to recover from M. J. Kinney the amount of a promissory note. A default was entered against defendant, which he moved to set aside. The motion was overruled.

*Messrs. John H. & A. M. Smith*, for appellant.

*Mr. Frank J. Taylor*, for respondent.

Pursuant to the stipulation of the parties, the appeal herein was dismissed. No opinion.

DISMISSED.

Decided April 11, 1898.
## KUBLI *v.* ULRICH.

From Jackson: H. K. HANNA, Judge.

This was a suit in ejectment by Ellen Jane Kubli against William Ulrich and others, in which the plaintiff prevailed.

*Messrs. Colvig & Reames*, for appellants.

*Messrs. Watson & Beekman*, for respondent.